UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

                          Plaintiff,

        -v-

NETHERLANDS INSURANCE COMPANY,

                          Defendant.

21 Civ. 6061 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On April 7, 2022, the parties each filed a letter motion for the case management conference scheduled for May 3, 2022 at 11 a.m. to serve as a pre-motion conference and previewing their motions for summary judgment. Dkts. 19, 20. Under the Court's Individual Rules, the parties have one week to respond to any pre-motion letter. Individual Rule 3.H. Only plaintiff has done so. Dkt. 22. Defendant is therefore directed to file any response to plaintiff's pre-motion letter by April 19, 2022.

SO ORDERED.

                                              *Paul A. Engelmayer*
                                              PAUL A. ENGELMAYER
                                              United States District Judge

Dated: April 15, 2022
       New York, New York