UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
TRAVELERS PROPERTY CASUALTY COMPANY OF
AMERICA,

                Plaintiff,

-v-

NETHERLANDS INSURANCE COMPANY,

                Defendant.
------------------------------------------------------------------------ X

21 Civ. 6061 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

Due to an unavoidable conflict, the telephonic pre-motion conference previously scheduled for May 3, 2022, at 11 a.m. is hereby adjourned until **12 p.m.** on the same day, May 3, 2022.

By 12 p.m on May 2, 2022, the parties are to email chambers at EngelmayerNYSDChambers@nysd.uscourts.gov with the names of anyone who will be entering an appearance at that conference and the number from which they will be calling.

SO ORDERED.

*Paul A. Engelmayer*
Paul A. Engelmayer
United States District Judge

Dated: April 29, 2022
       New York, New York

1