UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                                            :

TRAVELERS PROPERTY CASUALTY COMPANY OF  :
AMERICA,                                                                                      :              21 Civ. 6061 (PAE)

                                                                                         Plaintiff,    :                     <u>ORDER</u>

                                                                   -v-                                          :

NETHERLANDS INSURANCE COMPANY,              :

                                                                 Defendant.    :
------------------------------------------------------------------- X

PAUL A. ENGELMAYER, District Judge:

       As the Court notified the parties via email, the pre-motion conference in this case will now take place at 2 p.m. on May 5, 2022.

       SO ORDERED.

                                                                      *Paul A. Engelmayer*
                                                                      Paul A. Engelmayer
                                                                      United States District Judge

Dated: May 2, 2022
        New York, New York

1