UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,

                              Plaintiff,

-v-

NETHERLANDS INSURANCE COMPANY,

                              Defendant.

21 Civ. 6061 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

At today's case management conference, the Court set the following schedule:

1. The parties' joint stipulated facts ("JSF") are due June 2, 2022. (The Court's law clerk will send counsel, as models, copies of helpful JSFs filed in connection with prior summary judgment motions.)

2. Plaintiff's brief in support of summary judgment is due June 16, 2022.

3. Defendant's brief in opposition to plaintiff's motion, and in support of defendant's motion for summary judgment, is due July 1, 2022.

4. Plaintiff's reply brief in support of its motion for summary judgment, and in opposition to defendant's motion for summary judgment, is due July 15, 2022.

5. Defendant's reply brief in support of its motion for summary judgment is due July 29, 2022.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 5, 2022
New York, New York