**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA,

                Plaintiff,

   -against-                                     21 **CIVIL** 6061 (PAE)

                                                                **JUDGMENT**

NETHERLANDS INSURANCE COMPANY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 1, 2023, Netherlands's cross-motion for summary judgment seeking a declaration that Netherlands does not owe J.T. Magen, Mayer Brown, or 1221 Holdings a duty to defend or a duty to indemnify in the underlying personal-injury state-court action is granted; and Netherlands is granted taxable costs. Netherlands is directed to present a bill of all costs to the Clerk within 30 days of the entry of final judgment by this Court, or, if Travelers appeals, within 30 days of the final disposition of Travelers's appeal. After the Clerk awards costs, the parties will have seven days to appeal that award to this Court. Fed. R. Civ. P. 54(d)(1); accordingly, the case is closed.

**Dated:** New York, New York

      March 2, 2023

                                                               **RUBY J. KRAJICK**

                                                               _____
                                                                   **Clerk of Court**

                                **BY:**      *K. Mango*

                                                                    _____
                                                                   **Deputy Clerk**